

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00081-CV

———————————————

IN RE AMANDA CANIDA, Relator

———————————————

Original Proceeding
County Court at Law No. 1 of Parker County, Texas
Trial Court No. CIV 25-1046

———————————————

Before Sudderth, C.J.; Bassel and Wallach, JJ
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: February 10, 2026